**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 09, 2005**

John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

*In re*: :
:
    PAUL ALLEN TUDOR and : Case No. 03-68935
    PHYLLIS JEAN TUDOR, : Chapter 13
: Judge Hoffman
    *Debtors*. :

### ORDER SUSTAINING IN PART AND
### OVERRULING IN PART OBJECTION TO CLAIM

In accordance with the Memorandum Opinion entered on this date, Debtors' Objection to Claim of Chase Manhattan Mortgage Corporation (Doc. 22) is hereby **SUSTAINED** in part and **OVERRULED** in part. The Debtor's objection to the allowance of the Fees (as defined in the Memorandum Opinion) is **SUSTAINED** and his objection to the allowance of the Costs (as defined in the Memorandum Opinion) is **OVERRULED**.

    **IT IS SO ORDERED.**

Copies to:

Paul Allen Tudor, *Debtor, 8181 York Road, Pataskala, OH 43062*
Todd G. Finneran, *Attorney for Debtor, 380 S. Fifth Street, Suite 4, Columbus, OH 43215*

Tracey M. Johnson, Rick D. DeBlasis, Edward J. Boll, III,
    *Attorneys for Chase Manhattan Mortgage Corporation, P.O. Box 5480,*
    *Cincinnati, OH 45201*
Frank M. Pees, Chapter 13 Trustee, *130 E. Wilson Bridge Road, Suite 200,*
    *Worthington, OH 43085*
Office of the U.S. Trustee, *170 N. High Street, Suite 200, Columbus, OH 43215*

###